THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRANK A. DALEY, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued April 5, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Supreme Court, rendered October 16, 1925, at a Trial Term for the county of Westchester upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frederick E. Weeks* for appellant.

*Arthur Rowland, District Attorney (John M. Holzworth* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE and LEHMAN, JJ. Not voting: ANDREWS, J.